JAP:AFM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

GHASSAN SALEH,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

REMOVAL TO THE WESTERN
DISTRICT OF PENNSYLVANIA

Fed. R. Crim. P. 5

No. 17 M 990

EASTERN DISTRICT OF NEW YORK, SS:

        CLAIRMONT FORDE, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshal Service (the "USMS"), duly appointed according to law and acting as such.

        Upon information and belief, on January 5, 1999 an arrest warrant was issued by the United States District Court for the Western District of Pennsylvania, upon an indictment charging the defendant GHASSAN SALEH with escape from custody in violation of Title 18, United States Code, Section 751(a).

        The source of your deponent's information and the grounds for his belief are as follows:

        1.     On or about September 2, 1997, the defendant GHASSAN SALEH was charged by complaint in the Western District of Pennsylvania with escape from federal custody in violation of Title 18, United States Code, Section 751(a). On January 5, 1999, the defendant GHASSAN SALEH was indicted by a grand jury sitting in the Western District of Pennsylvania for a violation of Title 18, United States Code, Section 751(a). That same day,

a warrant for SALEH's arrest was issued by the Honorable Susan Paradise Baxter, Magistrate Judge in the Western District of Pennsylvania. The complaint, indictment and warrant are attached hereto as Exhibit A.

2. On or about November 17, 2017, the United States Marshals received notice that the defendant, GHASSAN SALEH, had booked a flight to travel to the United States from abroad and was expected to arrive on November 18, 2017.

3. Upon his arrival at John F. Kennedy Airport in Queens, New York, the defendant GHASSAN SALEH was detained by Deputy United States Marshals.

4. The Deputy Marshals who detained the defendant GHASSAN SALEH had in their possession photographs of the defendant provided by the Marshals Service in the Western District of Pennsylvania, as well as photographs provided by the State Department in connection with paperwork recently submitted by the defendant. The arresting agents compared the defendant's appearance to the photographs and found that they matched.

5. In addition, the person arrested identified himself as GHASSAN SALEH, provided a full name and date of birth that matched that of the defendant, and had a passport in the name of SALEH. The person arrested was also fingerprinted, and his fingerprints matched those on file in connection with the arrest warrant.

WHEREFORE your deponent respectfully requests that the defendant GHASSAN SALEH be removed to the Western District of Pennsylvania so that he may be dealt with according to law.

_____
Clairmont Forde
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
____ 17
S/ Bloom
_____
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

**EXHIBIT A**

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__WESTERN__ DISTRICT OF __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

GHASSAN SALEH

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 97-65 mc

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 30, 1997__ in __McKean__ county, in the __Western__ District of __Pennsylvania__ defendant(s) did, (Track Statutory Language of Offense)

knowingly escape from custody in the Federal Correctional Institution, McKean County, Pennsylvania, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Michigan upon conviction of the commission of possession with intent to distribute cocaine, in violation of 18 U.S.C. §841(a)(1)

in violation of Title __18__ United States Code, Section(s) __751(a)__

I further state that I am a(n) __Deputy United States Marshal__ and that this complaint is based on the following facts:
Official Title

I, Jeffrey S. Kaltenbach, being duly sworn, depose and state as follows:

1. I am a Deputy United States Marshal, assigned to the Erie, PA, office. As part of my duties I am responsible for the apprehension of fugitives, including escapees from federal institutions, in violation of 18 U.S.C. §751(a). The information below was provided to me by other Deputy United States Marshals and officers and officials at the McKean Federal Correctional Institution.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

Sept.
~~August~~ 2, 1997                                        at   Erie, Pennsylvania
Date                                                          City and State

SUSAN PARADISE BAXTER, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

APPLICATION & AFFIDAVIT                Continued

2. On or about June 30, 1997, GHASSAN SALEH, a 45-year old white male, 5'9", weighing 145 pounds, brown hair, brown eyes, was absent at the 4:30 p.m. roll call at the McKean Correctional Institution in McKean County, Pennsylvania.

3. SALEH was in the custody of the Attorney General by virtue of a judgment and commitment, issued by the United States District Court for the Eastern District of Michigan, upon his conviction for possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1). Saleh was sentenced on or about December 9, 1996, by the Honorable Judge Gilmore to a term of incarceration of 70 months.

4. Upon his arrival, SALEH was assigned to the Federal Prison Camp at the McKean Federal Correctional Institution.

5. At approximately 4:30 p.m. on June 30, 1997, officers at McKean Federal Correctional Institution determined that SALEH was missing.

6. SALEH is more fully described as a 46-year old (d.o.b. 9/2/51) white male with brown hair and brown eyes. He is approximately 5' 9" tall and weighs 145 pounds.

7. According to information provided to investigators, SALEH was last seen at Tack's Inn, a drinking establishment located on Route 219 in McKean County. He was observed with an unknown white female who was described as heavy-set with short brown hair. SALEH and the female departed in a late model Dodge Dakota pick-up

truck, which was pulling a black trailer. Witnesses reported they headed south on Route 219, towards Brookville, PA.

WHEREFORE, based upon the above information, I have probable cause to request that a warrant be issued for the arrest of GHASSAN SALEH for violation of Title 18, United States Code, Section 751(a) (escape from custody)

JEFFREY S. KALTENBACH, Deputy
United States Marshal

Sworn to before me and subscribed in my presence this ___ day of August, 1997.

SUSAN PARADISE BAXTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 99-1   Erie |
| | ) | |
| GHASSAN SALEH | ) | (18 U.S.C. §751(a)) |

## INDICTMENT

The grand jury charges:

On or about the 30th day of June, 1997, at Bradford, Pennsylvania, in the Western District of Pennsylvania, the defendant, GHASSAN SALEH, did knowingly escape from custody in F.C.I. McKean, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Eastern District of Michigan upon conviction for the commission of conspiracy to possess with the intent to distribute cocaine and heroin, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 751(a).

A True Bill,

_____
FOREPERSON

HARRY LITMAN
United States Attorney
Pa. I.D. #51634

AO 442 (Rev. 5/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| VS. | |
| GHASSAN SALEH | |

CASE NUMBER: CRM 99-1 ERIE

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GHASSAN SALEH__
(Name)

and bring him or her forthwith to the nearest magistrate to answer a(n)

_X_ Indictment ___ Information ___ Complaint ___ Order of Court ___ Violation Notice ___ Probation Violation Petition

Charging him or her with (brief description of offense)

| COUNT | OFFENSE | TITLE/SECTION |
|---|---|---|
| 1 | ESCAPE FROM CUSTODY | 18 U.S.C. 751(a) |

in violation of Title __SEE ABOVE__ United States Code, Section(s) _____

| JAMES A. DRACH | CLERK OF COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *James A. Drach* (signature) | 1/5/99    ERIE, PENNSYLVANIA |
| Signature of Issuing Officer | Date and Location |
| *Nicole Kuerzel* (By) Deputy Clerk | |

Bail fixed at $ __Bond to be set by U.S. Magistrate Judge__  by _____
Name of Judicial Officer

---RETURN---

This Warrant was received and executed with the arrest of the above-named defendant at _____

DATE RECEIVED    NAME AND TITLE OF ARRESTING OFFICER    SIGNATURE OF ARRESTING OFFICER

DATE OF ARREST